UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY CISSNA, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02505 MCE AC PS<br><br><br>ORDER |

  Plaintiff, an inmate at El Dorado County Jail, is proceeding in this action pro se and has been granted authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF No. 11. On October 1, 2018, plaintiff's complaint was dismissed and he was granted 30 days to file an amended complaint. Id. Plaintiff did not timely file an amended complaint, but on November 5, 2018, he did file a document which the court construes as a motion for an extension of time. ECF No. 13. Plaintiff asserts that he intended to timely file an amended complaint, but due to his release and re-arrest he was unable to do so. Id.

  Finding good cause, the court extends plaintiff's time to file an amended complaint by 30 days from the date of this order.

  IT IS SO ORDERED.

DATED: November 7, 2018

                /s/ Allison Claire
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE