| | |
|---|---|
| NORMAN JOHN CRAIG, | No. 2:18-cv-02505 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| TERRY CISSNA, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, an inmate at El Dorado County Jail, is proceeding in this action pro se and has been granted authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF No. 11. On October 1, 2018, plaintiff's complaint was dismissed and he was granted 30 days to file an amended complaint. Id. Plaintiff did not timely file an amended complaint, but on November 5, 2018, he did file a document which the court construes as a motion for an extension of time. ECF No. 13. Plaintiff asserts that he intended to timely file an amended complaint, but due to his release and re-arrest he was unable to do so. Id. On November 7, the court gave plaintiff an additional 30 days to file his amended complaint, making his filing due December 7, 2018. ECF No. 14. On November 19, 2018, plaintiff filed a second motion for an extension of time, citing the same reasons as in his first document, asking for an additional 30 days to file his complaint. ECF No. 15. In light of plaintiff's pro se status, the court will GRANT plaintiff's motion. Id. However, plaintiff is cautioned that additional requests for extension of time will be viewed with

1

additional scrutiny to prevent ongoing delay of this case.

Finding good cause, the court extends plaintiff's time to file an amended complaint is extended and is now due on January 11, 2019.

IT IS SO ORDERED.

DATED: November 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2